The Law

June 16, 2023

**Via ECF**
Hon. Philip M. Halpern
Southern District New York

    Re:    23-cv-01885 (PMH)
               *Walsh v. St. Christopher*

Dear Hon. Halpern:

This office represents Plaintiff in the above captioned matter.

Plaintiff withdraws their motion for sanctions without prejudice (dkt 34). Defendant, after the motion was filed, have agreed to do Monday's mediation.

                Respectfully,

                */s Jacob Aronauer*
                Jacob Aronauer

**Via e-mail and ECF**
*Mr. James Walsh*
*Defendant's counsel*

---

Application granted.

Plaintiff's motion for sanctions is deemed withdrawn. The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 34 and Doc. 35.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         June 20, 2023