UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JAMES WALSH,

                                        Plaintiff,         Index No.: 23-cv-01885 (PMH)

   -against-

                                                             **JUDGMENT**

ST. CHRISTOPHER'S INN, INC.,

                                        Defendant.

-----------------------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 22, 2024 and Defendant St. Christopher's Inn, Inc., having offered to allow an entry of judgment to be taken against them on all claims of Plaintiff James Walsh, in the sum of $82,000, payable to James Walsh; it is

      **ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiff James Walsh and against Defendant St. Christopher's Inn in the sum of $82,000.

Dated: White Plains, New York
       January 23, 2024

                                                                     _____
                                                                     PHILIP M. HALPERN
                                                                     UNITED STATES DISTRICT JUDGE